

**Entered on Docket
April 22, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2005-AP2, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 11-11509-bam |
| | ) |
| Brian P. Reynolds, | ) Chapter 7 |
| Tina A. Reynolds, | ) |
| | ) DATE:  04/19/11 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

     The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                                                M&H File No. NV-11-44357
                                                                                                                                  11-11509-bam

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 250 Chamomile Drive, Henderson, NV 89015.

IT IS SO ORDERED.


Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

<u>Order Filed 03/18/11-no response received</u>
David Krieger, Esq.
1020 Garces Avenue
Las Vegas, NV 89101
(702) 880-5554

Approved/Disapproved

<u>Order Filed 03/18/11-no response received</u>
Brian D. Shapiro
411 East Bonneville Avenue # 300
Las Vegas, NV 89101

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*    M&H File No. NV-11-44357
11-11509-bam